1  **BRYAN CAVE LLP**
   C. Scott Greene, California Bar No. 277445
2  Daniel T. Rockey, California Bar No. 178604
   Tina L. Naicker, California Bar No. 252766
3  333 Market Street, 25th Floor
   San Francisco, CA 94105
4  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
5  Email:       scott.greene@bryancave.com
                naickert@bryancave.com
6
   **BRYAN CAVE LLP**
7  Sean D. Muntz, California Bar No. 223549
   3161 Michelson Drive, Suite 1500
8  Irvine, California  92612-4414
   Telephone:   (949) 223-7000
9  Facsimile:   (949) 223-7100
   Email:       sean.muntz@bryancave.com
10
   Attorneys for Defendants
11 JPMORGAN CHASE BANK, N.A., U.S. BANK, N.A. (as Trustee for WaMu Mortgage Pass-
   Through Certificate Series 2004-S2 Trust), and CALIFORNIA RECONVEYANCE COMPANY
12

13

14                **UNITED STATES DISTRICT COURT**

15                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16 MARK W. HANNUM, an individual, | Case No.  2:12-cv-02408-LKK-JFM |
| 17             Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS.** |
| 18        v. | |
| 19 JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2004-S2; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the Property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | |
| | Judge:    Hon. Lawrence K. Karlton |
| 25           Defendants. | Date Action Filed:   January 6, 2012 |
| | Trial Date:          Not Set |

# ORDER

Having read the foregoing Stipulation of the parties and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED** that:

1. The action is stayed until **January 4, 2013**;

2. The deadline for Defendants to file and serve a responsive pleading to Plaintiff's First Amended Complaint shall be on or before **January 18, 2013**.

3. Defendants shall stay any pending foreclosure proceedings on the subject property located at 6705 Barton Road, Granite Bay, California 95746 until **January 4, 2013**.

**IT IS SO ORDERED.**

Dated:  November 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT