**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         scott.greene@bryancave.com
                   naickert@bryancave.com

**BRYAN CAVE LLP**
Sean D. Muntz, California Bar No. 223549
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100
Email:         sean.muntz@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A., U.S. BANK, N.A. (as Trustee for WaMu Mortgage Pass-Through Certificate Series 2004-S2 Trust), and CALIFORNIA RECONVEYANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. HANNUM, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2004-S2; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the Property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>   Defendants. | Case No. 2:12-cv-02408-LKK-JFM<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br><br><br>Judge: Hon. Lawrence K. Karlton<br><br>Date Action Filed:   January 6, 2012<br>Trial Date:               Not Set |

# ORDER

Having read the foregoing Stipulation of the parties and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED** that:

1. The action is stayed until **March 1, 2013**;
2. The deadline for Defendants to file and serve a responsive pleading to Plaintiff's First Amended Complaint shall be on or before **March 15, 2013**.
3. Defendants shall stay any pending foreclosure proceedings on the subject property located at 6705 Barton Road, Granite Bay, California 95746 until **March 1, 2013**.

**IT IS SO ORDERED.**

Dated:   January 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT