1 **BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
2 Tina L. Naicker, California Bar No. 252766
333 Market Street, 25th Floor
3 San Francisco, CA 94105
Telephone:    (415) 675-3400
4 Facsimile:     (415) 675-3434
Email:           daniel.rockey@bryancave.com
5                       naickert@bryancave.com

6
Attorneys for Defendants
7 JPMORGAN CHASE BANK, N.A., U.S. BANK, N.A. (as Trustee for WaMu Mortgage Pass-
Through Certificate Series 2004-S2 Trust), and CALIFORNIA RECONVEYANCE COMPANY
8

9

10                          **UNITED STATES DISTRICT COURT**

11                          **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  MARK W. HANNUM, an individual, | Case No.  2:12-cv-02408-LKK-JFM |
| 13             Plaintiff, | |
| 14       v. | **ORDER CONTINUING STAY OF PROCEEDINGS** |
| 15  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL | |
| 16  ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE | |
| 17  PASS-THROUGH CERTIFICATE SERIES 2004-S2; CALIFORNIA RECONVEYANCE | |
| 18  COMPANY, a California Corporation; and all persons or entities unknown claiming any legal | |
| 19  or equitable right, title, estate, lien or interest in the Property described in this Complaint adverse | |
| 20  to Plaintiff's title thereto, and DOES 1 through 25, inclusive, | Judge:      Hon. Lawrence K. Karlton |
| 21             Defendants. | Date Action Filed:  January 6, 2012<br>Trial Date:             Not Set |

**ORDER**

Having read the foregoing Stipulation of the parties and **GOOD CAUSE** appearing therefore, **IT IS HEREBY ORDERED** that:

1. The action is stayed until **May 1, 2013**;

2. The deadline for Defendants to file and serve a responsive pleading to Plaintiff's First Amended Complaint shall be on or before **May 15, 2013**.

3. Defendants will stay any pending foreclosure proceedings on the subject property located at 6705 Barton Road, Granite Bay, California 95746 until **May 1, 2013**.

**IT IS SO ORDERED.**

Dated:   March 18, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT